# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2007

132716 & (38)(39)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ARNIE G. SCHAEFER,
   Plaintiff-Appellant,

v

             SC: 132716
             COA: 270935
             WCAC: 05-000193

BORMANS, INC.,
   Defendant-Appellee.

_____/

   On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the November 2, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to strike appellee's brief is DENIED.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2007

                  Clerk

t0319